UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| ALIJAH RABELLDE, Plaintiff, v. UNITED STATES OF AMERICA, Defendant. | Case No. 4:17-cv-05031-KAW <br> **ORDER GRANTING STIPULATION REGARDING CASE SCHEDULE AS MODIFIED** <br> Re: Dkt. No. 20 |
|---|---|

On July 10, 2018, the parties filed a stipulation to extend the case schedule. The Court GRANTS the stipulation AS MODIFIED below:

| Trial | August 26, 2019 |
|---|---|
| Pretrial Conference | August 14, 2019 |
| Objections and Motions In Limine | August 2, 2019 |
| Joint Pretrial Statement | July 23, 2019 |
| Meet and Confer | July 12, 2019 |
| Last Day to Hear Dispositive Motions | June 6, 2019 |
| Close of Expert Discovery | March 1, 2019 |
| Rebuttal Expert Disclosure and Reports Provided | February 8, 2019 |
| Expert Disclosure and Reports Provided | December 21, 2018 |
| Non-Expert Discovery Cut-off | November 30, 2018 |
| ADR Completion | January 31, 2019 |

///

The case management conference is continued to January 29, 2019. The joint case management conference statement is due by January 22, 2019.

IT IS SO ORDERED.

Dated: July 20, 2018

_____
KANDIS A. WESTMORE
United States Magistrate Judge