UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALIJAH RABELLDE,<br><br>　　　　Plaintiff,<br><br>v.<br><br>UNITED STATES OF AMERICA,<br><br>　　　　Defendant. | Case No. 4:17-cv-05031-KAW<br><br>**SECOND ORDER TO SHOW CAUSE**<br><br>Re: Dkt. No. 32 |

On December 18, 2018, the Court issued an order to show cause to counsel of record Bennett Glen. (Order to Show Cause, "OSC," Dkt. No. 32.) Therein, the Court outlined a number of discrepancies between Mr. Glen's November 7, 2018 letter (Dkt. No. 26), and the letter written by Plaintiff Alijah Rabellde, dated December 7, 2018 (Dkt. No. 32-1). (OSC at 1.) The Court ordered Mr. Glen to appear in person at the February 7, 2019 status conference to explain why the Court should not report him to the State Bar of California's Standing Committee on Professional Conduct for obstructing his client's ability to obtain new counsel and for a myriad of potential conduct violations. *Id.* at 4. Mr. Glen was further ordered to file a status report by January 24, 2019 addressing the issues raised in the order to show cause. *Id.*

To date, Mr. Glen has not filed a status report as ordered. Accordingly, the undersigned issues a SECOND ORDER TO SHOW CAUSE. Mr. Glen shall file a written response on or before **February 1, 2019**, addressing all issues raised in the prior order to show cause, why he did not timely file a status report, and why sanctions should not be imposed *sua sponte* for his failure to comply with the January 24, 2019 deadline. The February 7, 2019 status conference remains on calendar.

　　　　IT IS SO ORDERED.

Dated: January 28, 2019

　　　　　　　　　　　　　　　　　　　　　　　　KANDIS A. WESTMORE
　　　　　　　　　　　　　　　　　　　　　　　　United States Magistrate Judge