1  DAVID L. ANDERSON (CABN 149604)
   United States Attorney
2  SARA WINSLOW (DCBN 457643)
   Chief, Civil Division
3  SAVITH IYENGAR (CABN 268342)
   Assistant United States Attorney
4
       450 Golden Gate Avenue, Box 36055
5      San Francisco, CA 94102-3495
       Telephone: (415) 436-7200
6      FAX: (415) 436-6748
       savith.iyengar@usdoj.gov
7
   Attorneys for Defendant
8  UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| ALIJAH RABELLDE, | CASE NO.: 4:17-cv-05031 KAW |
| Plaintiff, | **DEFENDANT'S REQUEST TO LIFT STAY; [PROPOSED] ORDER** |
| v. | |
| UNITED STATES OF AMERICA, | |
| Defendant. | |

On December 26, 2018, Defendant United States of America ("Defendant") filed an administrative motion requesting to continue the parties' further case management conference, previously scheduled for January 22, 2019, until after Congress restored funding for the Department of Justice and the shutdown of the federal government came to an end. Dkt. No. 34. Plaintiff Alijah Rabellde did not oppose. *See* Dkt. No. 35. On January 3, 2019, the Court issued its order granting the motion ("Order"). *Id.*

The shutdown of the federal government ended on January 25, 2019. Defendant proposes that the Court set the parties' further case management conference for **February 19, 2019 at 1:30 p.m.** This date reflects the twenty-three (23) days of the federal government shutdown between the date of the Order on January 3, 2019, and the date the shutdown was lifted on January 25, 2019. The parties' joint case management conference statement would be due **February 12, 2019**.

Respectfully submitted,

DAVID L. ANDERSON
United States Attorney

Dated: January 29, 2019        By:    */s/ Savith Iyengar*
SAVITH IYENGAR
Assistant United States Attorney
Attorney for Defendant

## [~~PROPOSED~~] ORDER AS MODIFIED

IT IS HEREBY ORDERED that the parties' further case management conference, previously scheduled for January 22, 2019 at 1:30 p.m., is continued to February 26, 2019 at 1:30 p.m. The parties' joint case management conference statement, previously due January 15, 2019, is due February 19, 2019.

Dated: _____ February 6, 2019        _____
KANDIS A. WESTMORE
United States Magistrate Judge

DEF.'S REQUEST TO LIFT STAY
4:17-CV-05031 KAW