UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALIJAH RABELLDE,<br><br>    Plaintiff,<br><br>    v.<br><br>UNITED STATES OF AMERICA,<br><br>    Defendant. | Case No. 4:17-cv-05031-KAW<br><br>**ORDER DISCHARGING ORDER TO SHOW CAUSE; ORDER CONTINUING CASE MANAGEMENT CONFERENCE** |

On February 7, 2019, the Court held a hearing on the order to show cause at which Plaintiff's counsel of record Bennett Glen did not appear. Despite the failure to appear, the Court DISCHARGES the order to show cause. Absent a motion to withdraw or a substitution of counsel, however, Mr. Glen remains attorney of record.

Additionally, the case management conference scheduled for February 26, 2019 is continued to **April 30, 2019** at 1:30 p.m., U.S. District Court, 1301 Clay Street, Oakland, California. The joint case management statement shall be filed on or before April 23, 2019. The Court will address all case deadlines, including those that may have passed, at the case management conference.

IT IS SO ORDERED.

Dated: February 21, 2019

                                                       KANDIS A. WESTMORE
                                                     United States Magistrate Judge