UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALIJAH RABELLDE,<br><br>   Plaintiff,<br><br>  v.<br><br>UNITED STATES OF AMERICA,<br><br>   Defendant. | Case No. 4:17-cv-05031-KAW<br><br>**ORDER DENYING WITHOUT PREJUDICE MR. GLEN'S MOTION TO WITHDRAW AS ATTORNEY**<br><br>Re: Dkt. No. 43 |

  On April 10, 2019, Bennett R. Glen filed a motion to withdraw as counsel for Plaintiff Alijah Rabellde. (Mot., Dkt. No. 43.) While Mr. Glen may have good cause to withdraw, the motion is deficient. Specifically, Mr. Glen left blank lines in place of the date on which he notified his client in writing of his intent to withdraw. (Mot. at 5:6; Decl. of Bennett R. Glen, Dkt. No. 43-1 ¶ 13.) As a result, the Court can only infer that Mr. Glen did not notify his client of his intent to withdraw.

  Accordingly, the motion to withdraw is DENIED without prejudice. The Court has already referred Mr. Rabellde to the Federal Pro Bono Project for the appointment of counsel for all purposes. (Dkt. No. 44.) So, in lieu of filing another motion to withdraw, Mr. Glen may simply present Mr. Rabellde with a substitution of counsel form and have Mr. Rabellde appear pro se until the Federal Pro Bono Project is able to find pro bono counsel. Appearing pro se will not adversely affect Mr. Rabellde, as the case is currently stayed pending the appointment of counsel.

  IT IS SO ORDERED.

Dated: May 15, 2019

*Kandis Westmore*
KANDIS A. WESTMORE
United States Magistrate Judge