UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALIJAH RABELLDE,<br>        Plaintiff,<br>v.<br>UNITED STATES OF AMERICA,<br>        Defendant. | Case No. 4:17-cv-05031-KAW<br><br>**ORDER CLARIFYING PRIOR ORDER VACATING CASE DEADLINES**<br><br>Re: Dkt. No. 44 |

On April 10, 2019, the Court issued an order referring Plaintiff to the Federal Pro Bono Project for appointment of counsel for all purposes. (Dkt. No. 44.) Therein, the Court vacated all case deadlines, and stated that it would address the case schedule at the next case management conference. *Id.* at 2.

To clarify, the Court is prepared to reset the entire case schedule, including all discovery deadlines, to prevent Mr. Rabellde from being prejudiced by the actions of his former attorney, who was referred to the State Bar of California for disciplinary proceedings. It would be a miscarriage of justice to proceed in any other manner.

IT IS SO ORDERED.

Dated: October 7, 2019

*(signature)*
KANDIS A. WESTMORE
United States Magistrate Judge