UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALIJAH RABELLDE,<br><br>    Plaintiff,<br><br>v.<br><br>UNITED STATES OF AMERICA,<br><br>    Defendant. | Case No. 4:17-cv-05031-KAW<br><br>ORDER TO SHOW CAUSE FOR FAILURE TO APPEAR AT THE CASE MANAGEMENT CONFERENCE |

    On May 18, 2021, the Court held a case management conference, where Plaintiff did not appear.

    Accordingly, counsel for Plaintiff is ORDERED TO SHOW CAUSE, in writing, by no later than May 25, 2021, why they should not pay monetary sanctions in the amount of $500 for their failure to appear at the case management conference.

    IT IS SO ORDERED.

Dated: May 18, 2021

_Kandis Westmore_
KANDIS A. WESTMORE
United States Magistrate Judge