UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

ALIJAH RABELLDE,

           Plaintiff,

     v.

UNITED STATES OF AMERICA,

           Defendant.

Case No.  4:17-cv-05031-KAW

**ORDER REGARDING CHAMBERS COPIES OF PRETRIAL FILINGS**

On March 28, 2022, the Court reminded the parties

> that they must lodge chambers copies of all pretrial filings within one court day of filing, and email Word versions (.docx or .doc) of the motions in limine, trial briefs, the joint statement of claims and defenses, proposed findings of fact and conclusions of law, and the joint statement of stipulated facts. (See Dkt. No. 102.)

(Dkt. No. 135 at 1-2.)  The initial pretrial filings were due yesterday, March 29, 2022.

To date, Plaintiff has not lodged copies of his pretrial filings and exhibits, nor has he provided Word versions.  Accordingly, Plaintiff shall email all documents filed and provide chambers copies of all filings, including three sets of exhibits, by tomorrow, March 31, 2022 at 1:00 PM.  The Oakland Clerk's Office is open from 9:00 AM to 1:00 PM.

All future filings must be delivered to the Clerk's Office by 1:00 PM on the next court day.

IT IS SO ORDERED.

Dated: March 30, 2022

KANDIS A. WESTMORE
United States Magistrate Judge